ORIGINAL

# In the United States Court of Federal Claims

No. 14-925C
(Filed November 21, 2014)
NOT FOR PUBLICATION

FILED
NOV 21 2014
U.S. COURT OF
FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * * * * * * * * *
                                            *
                                            *
JOHN DAVID McBRIDE,                         *
                                            *
              Plaintiff,                    *
       v.                                   *
                                            *
THE UNITED STATES,                          *
                                            *
              Defendant.                    *
                                            *
* * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 15, 2014, plaintiff filed a motion to proceed *in forma pauperis*. The government submitted its response to the motion on November 6, 2014, three days after the deadline to respond, and sought leave from the Court to file the response late. Defendant argued that, after the November 3, 2014 deadline, it discovered two prior decisions which denied Mr. McBride permission to proceed *in forma pauperis* under the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915(g). Defendant has failed to articulate good cause for its failure to discover those decisions before the November 3, 2014 deadline. Accordingly, defendant's motion for leave is **DENIED**.

IT IS SO ORDERED.

VICTOR J. WOLSKI
Judge